In the Matter of CARVIN BOTTLE CAP CORPORATION. ISIDORE PENN, Appellant; VINCENT SCUDERI, Respondent.— Proceeding under the General Corporation Law to effect the dissolution of a corporation. Order denying appellant's

motion to vacate an order to show cause for a hearing under the petition, and denying a motion to dismiss the petition or to stay the proceeding, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.